IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HC2, INC D/B/A HIRE COUNSEL,<br><br>Plaintiff,<br><br>v.<br><br>GUESS & CO. CORPORATION,<br><br>Defendant. | Civil Action No.: 1:23-cv-03554-JPO<br><br><br>**CONSENT JUDGMENT** |

This matter having been opened to the Court pursuant to the Settlement Agreement (the "Settlement Agreement") entered into by plaintiff HC2, INC. D/B/A Hire Counsel ("HC" or "Plaintiff") and defendant Guess & Co. Corporation ("Guess" or "Defendant"), of which this Consent Judgment is Exhibit B thereto; and Defendant having consented to the entry of this Consent Judgment in the event of Defendant's breach of the Settlement Agreement, pursuant to the terms of same; and Plaintiff, though its attorneys, or for the sake of judicial efficiency any individual with knowledge of, and being affected by any breach, having filed a motion on notice to Defendant for entry of this Consent Judgment; and for good cause shown, it is hereby **ORDERED** that:

1. Final Judgment is hereby entered in favor of Plaintiff and against Defendant in the amount of $195,000 (the "Judgment Amount") less any installment payments already made by Defendant (of which documentation will be filed contemporaneously hereto, evidencing any partial payment).

2. A copy of this Consent Judgment shall be served upon Defendant via electronic filing.

3. The Court shall retain jurisdiction over this matter for purposes of construction, modification, and enforcement of this Consent Judgment, including any other terms of the Settlement Agreement.

| GUESS & CO. CORPORATION | HC2, INC. D/B/A HIRE COUNSEL |
|---|---|
| By: *Jerry D. Guess* <br> F52601F63EC6E2D001D178764F140CD6 <br> Chairman | By: *Joan M. Davison* <br> Joan Davison <br> Chief Executive Officer |

**The Clerk is directed to close this case.**

**SO ORDERED:**

*[signature]*
J. PAUL OETKEN
United States District Judge

11/27/2023